AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of North Dakota
## Southeastern Division



FILED
JUN - 8 2006
EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Pursuant to Appellate Court Mandate |
| Michael Gerald Gamboa | (USCA8) *Count 7 Reference deleted |

Case Number: **3:02CR47-01**

USM Number: 06940-059

James Hovey, Grand Forks, ND
Defendant's Attorney

**THE DEFENDANT:**
was found guilty on count(s) **1, 2, 3, 4, 5, 6 and 7 of the Superseding Indictment** after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such counts, which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered the defendant shall pay to the United States a special assessment of $600, for Counts 1, 2, 3, 4, 5, and 6, which shall be due immediately. Special assessment shall be made to the Clerk, U.S. District Court, Quentin N. Burdick U.S. Courthouse, 655 1st Avenue North, Suite 130, Fargo, North Dakota 58102

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 16, 2003
Date of Imposition of Judgment

*/s/ Rodney S. Webb*
Signature of Judicial Officer

**RODNEY S. WEBB**, United States District Judge
Name & Title of Judicial Officer

June 7, 2006
Date

AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

| | | | Judgment - Page 2 of 4 |
|---|---|---|---|
| CASE NUMBER: | 3:02CR47-01 | | |
| DEFENDANT: | Michael Gerald Gamboa | | |

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846 | Conspiracy to possess with intent to distribute methamphetamine, (Schedule II controlled substance) | September 2002 | 1 |
| 21 USC 841(a)(1) | Possession with intent to distribute methamphetamine (Schedule II controlled substance) | | 2 |
| 21 USC 844(a) | Simple possession of cocaine (Schedule II controlled substance) | | 3 |
| 18 USC 924(c)(1)(A) | Using and carrying firearms during and in relation to a drug trafficking crime | | 4 |
| 18 USC 924(c)(1)(A) | Possession of firearms in furtherance of a drug trafficking crime | | 5 |
| 18 USC 924(g)(1) | Possession of firearms and ammunition by a convicted felon | | 6 |

(No Count #7)

| | | |
|---|---|---|
| CASE NUMBER: | 3:02CR47-01 | Judgment - Page 3 of 4 |
| DEFENDANT: | Michael Gerald Gamboa | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Count 1: Life in Prison; Count 2: Life in Prison; Count 3: Term of 90 days; Count 4: Term of 30 years; Count 5: Term of life in prison; Count 6; Term of 10 years Terms of imprisonment for Counts 1,2,3, and 6 shall run CONCURRENTLY; Count 4 term of imprisonment to run CONSECUTIVELY; Count 5 term of imprisonment to run CONSECUTIVELY to the sentence imposed on Count 4

The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

       Defendant delivered on_____  to _____
_____
at _____ , with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL


                                        By   _____
                                                    Deputy U.S. Marshal

AO 245S (Rev. 3/95)  Sheet 7 - Denial of Federal Benefits

| | |
|---|---|
| CASE NUMBER: 3:02cr47-01 | Judgment - Page 4 of 4 |
| DEFENDANT: Michael Gamboa | |

# DENIAL OF FEDERAL BENEFITS
### (For Offenses Committed on or After November 18, 1988)

## FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862(a)

It having been determined that this is the defendant's third or subsequent conviction for distribution of controlled substances,

IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

Pursuant to 21 U.S.C. §862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility. The clerk of court is responsible for sending a copy of this page and the first page of this judgment to:

U.S. Department of Justice, Office of Justice Programs, Washington, DC 20531