Local 2255 Judgment (Rev. 6/16)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Michael Gerald Gamboa, | ) | **JUDGMENT ON PETITION** |
| Petitioner/Defendant | ) | **PURSUANT TO 28 U.S.C. § 2255** |
| v. | ) | |
| | ) | Criminal Case No.  3:02-cr-047 |
| United States of America, | ) | |
| | ) | Civil Case No.       3:20-cv-114 |
| Respondent/Plaintiff. | ) | |

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is dismissed, pursuant to the Order filed on July 9, 2020.

CLERK OF COURT

Date:  July 9, 2020

*/s/ Jackie Stewart, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*